# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01852-LTB-CBS

ALEX GILLILAND, a child, by his mother, PENNY GILLILAND, as next friend, and
KAYLA RHUBY, a child, by her parents, JULIE AND JAMES RHUBY, as next friends,
CHRISTOPHER SPILIOTIS, a child, by his mother, CHRISTIE PENNY, as next friend, and
KYMIR WILLIAMSON, a child, by his legal guardian, QUASHIMA GENTLES, as next friend,

     Plaintiffs,

v.

DEBORAH SMITH, Teacher, in her official and individual capacities,
BRYAN RELICH, Principal, in his official and individual capacities,
SHIRLEY HORTON, Paraprofessional, in her official and individual capacities,
ALLISON HATCH, Paraprofessional, in her official and individual capacities,
DORIS ANDERSON, Paraprofessional, in her official and individual capacities,
SARA KEATING, Paraprofessional, in her official and individual capacities,
DR. ROBERT HOWELL, Executive Director of Special Education, in his official and individual capacities,
VIVIAN COOK, Special Education Director, in her official and individual capacities, and
TERI TINDALL, Special Education Director, in her official and individual capacities,

     Defendants.

_____

## ORDER
_____

     Upon the Stipulated Motion to Approve Settlement for Minor Plaintiffs (Doc 4 - filed December 5, 2007), and upon review of the settlement agreements and trusts, it is

     ORDERED that the Motion is GRANTED and the Settlement for Minor Plaintiffs is APPROVED.

     DATED this ___12ᵗʰ___ day of December, 2007.

                      BY THE COURT:


                      ___s/Lewis T. Babcock_____
                      Lewis T. Babcock, Judge