**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01852-LTB-CBS

ALEX GILLILAND, a child, by his mother, PENNY GILLILAND, as next friend, and
KAYLA RHUBY, a child, by her parents, JULIE AND JAMES RHUBY, as next friends,
CHRISTOPHER SPILIOTIS, a child, by his mother, CHRISTIE PENNY, as next friend, and
KYMIR WILLIAMSON, a child, by his legal guardian, QUASHIMA GENTLES, as next friend,

    Plaintiffs,

v.

DEBORAH SMITH, Teacher, in her official and individual capacities,
BRYAN RELICH, Principal, in his official and individual capacities,
SHIRLEY HORTON, Paraprofessional, in her official and individual capacities,
ALLISON HATCH, Paraprofessional, in her official and individual capacities,
DORIS ANDERSON, Paraprofessional, in her official and individual capacities,
SARA KEATING, Paraprofessional, in her official and individual capacities,
DR. ROBERT HOWELL, Executive Director of Special Education, in his official and individual capacities,
VIVIAN COOK, Special Education Director, in her official and individual capacities, and
TERI TINDALL, Special Education Director, in her official and individual capacities,

    Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 15 - filed October 16, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: October 17, 2008